UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel K. REVUELTO, Defendant–
Appellant.

No. 05–10823.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007 *.

Filed Jan. 16, 2007.

Loretta A. Sheehan, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Pamela J. Byrne, Esq., Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ,
Circuit Judges.

MEMORANDUM **

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Daniel K. Revuelto appeals from his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a), and being an unlawful user of a controlled substance, in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(3). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Revuelto contends that 18 U.S.C. § 922(g)'s prohibition of firearm and ammunition possession is an unconstitutional exertion of the government's power to regulate interstate commerce, as applied to Revuelto's intra-state possession of a firearm and ammunition.

This argument, however, was previously rejected by this court in *United States v. Hanna*, 55 F.3d 1456 (9th Cir.1995), and again in *United States v. Rousseau*, 257 F.3d 925 (9th Cir.2001). *See United States v. Paopao*, 469 F.3d 760, 767–68 (9th Cir. 2006).

Accordingly, the district court properly denied Revuelto's motion to dismiss, and we affirm.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

